# UNITED STATES DISTRICT COURT

### DISTRICT OF KANSAS

TAMMY R. McDONOUGH,

                        **JUDGMENT IN A CIVIL CASE**

            Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner        Case Number: 06-1370-JTM
of Social Security

           Defendant.

     IT IS ORDERED AND ADJUDGED in accordance with the Memorandum and Order filed February 26, 2008, that the present appeal is hereby denied.

                                            INGRID A. CAMPBELL, Acting Clerk

February 26, 2008                           By   s/ J. Wright
Date                                                   Deputy Clerk